IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA MARQUEZ and
JULIE MARQUEZ,

    Plaintiffs,

v.                                                    No. 11-cv-1070 JAP/RHS

BD. OF EDUC. OF THE LOS LUNAS PUB. SCH.,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     April 4, 2013, at 11:00 a.m.

**Matter to be heard**:   Rescheduling the Settlement Conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for April 4, 2013, at 11:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a new date on which to conduct the settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**