## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LINDA MARQUEZ and
JULIE MARQUEZ,

      Plaintiffs,

v.                                                  No. 11-cv-1070 JAP/RHS

BD. OF EDUC. OF THE LOS LUNAS PUB. SCH.,

      Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on April 15, 2013.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **May 15, 2013**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**